UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY S. MILLER,<br><br>         Plaintiff,<br><br> -against-<br><br>THE ABUSIVE MEMBERS WITHIN THE CITY (STATE) OF NEW YORK, et al.,<br><br>         Defendants. | 1:19-CV-10904 (CM)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued February 25, 2020, dismissing this action for failure to state a claim on which relief may be granted,

  IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: August 24, 2020
    New York, New York

                      _____
                       COLLEEN McMAHON
                     Chief United States District Judge